**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT THOMAS, JR.                                                           PLAINTIFF

V.                                    NO. 5:09CV00400 JTR

MICHAEL J. ASTRUE,                                                           DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 13th DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE